

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00683-CR

Francisco J. **SANTOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB001398D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 8, 2024.

_____
Rebeca C. Martinez, Chief Justice